BEFORE THE SECOND DIVISION, JANUARY 19, 1956

**No. 59664.**—Lansen-Naeve Corp. *v.* United States, protest 268225–K (New York).

Opinion by LAWRENCE, J. It was stipulated that the merchandise consists of machines operating by other than hand power which employ a tool for work on metal. In enacting the Tariff Act of 1930, Congress included within the terms of the basic act the following definition of "machine tools": "That machine tools as used in this paragraph shall be held to mean any machine operating other than by hand power which employs a tool for work on metal." On the record presented, the claim of the plaintiff was sustained.

**No. 59665.**—John A. Steer Company *v.* United States, protest 194180–K (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of hot-rolled steel in coils similar to that involved in Abstract 58580, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JANUARY 19, 1956

**No. 59666.**—Metallurg, Inc. *v.* United States, protest 252861–K (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 59667.**—Isbrandtsen Company, Inc. *v.* United States, protests 253635–K, 253636–K, and 253641–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protests were overruled.